UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.                    Civil No. 09-cv-397-LM

<u>Elizabeth Morrison et al.</u>

## **O R D E R**

The Court has been advised that Elizabeth Morrison has filed for relief under the Bankruptcy Code. As a result, pursuant to 11 U.S.C. § 362, the case is automatically stayed as to the bankrupt party. Additionally, in the interest of judicial economy, it is ordered that the case also be stayed as to all other parties. On request of a party in interest, the bankruptcy court may grant relief from this stay.

It is therefore ordered that the counsel for Petitioner in Bankruptcy shall file a status report on January 1 and July 1 of each year until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues. Failure to respond will result in the referral of the action to a judicial officer for sanctions which may include imposition of fines.

Pursuant to LR 77.4(f), the clerk is directed to statistically close the case. Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.

                                      By the Court,

Date: May 24, 2011              /s/ *Landya B. McCafferty*
                                        Landya B. McCafferty
                                        United States Magistrate Judge

cc:    Austin L. Furman, Esq.
        Andrew B. Livernois, Esq.
        Gregory A. Moffett, Esq.